UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-cv-00190-FDW-DSC

| | |
|---|---|
| LJW LAND, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF HEARING |
| ) | (AMENDED) |
| OLD REPUBLIC NATIONAL TITLE ) | |
| INSURANCE COMPANY. ) | |
| ) | |
| Defendant. ) | |

**TAKE NOTICE** that a hearing on the Defendant's pending motion for summary judgment (Doc. Nos. 11-12), Plaintiff's Opposition (Doc. Nos. 13-14), and Defendant's Reply (Doc. No. 15) will take place before the undersigned United States District Judge, to be held at **3:00pm** on **Thursday, April 14, 2016**, in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202, North Carolina. Oral arguments will be limited to thirty (30) minutes per side.

**IT IS SO ORDERED.**

Signed: March 31, 2016

Frank D. Whitney
Chief United States District Judge